**DISMISS; and Opinion Filed February 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00006-CV

### IN RE SENRICK WILKERSON, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-01183-J**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers

Opinion by Justice Lang-Miers

Relator files this motion seeking a writ of coram nobis and a writ of error. The facts and issues are well known to the parties, so we need not recount them herein. For the reasons set forth in the companion case, No. 05-14-00005-CV, this Court does not have jurisdiction over relator's petition. Accordingly, we **DISMISS** relator's petition.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140006F.P05